JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7700
Fax: (415) 517-7706
Karthik_Raju@fd.org

Counsel for Defendant ZUNIGA-ALVAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ABEL ZUNIGA-ALVAREZ,<br><br>Defendant. | Case No. 25-210 RFL<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

## STIPULATION

Defendant Abel Zuniga-Alvarez and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for December 3, 2026, be continued to December 17, 2026, at 2:00 p.m. The government and probation do not oppose the request.

Defense counsel would like additional time to prepare for and complete the presentence report. The defense has received one prior continuance for the same purpose and expects this to be its last.

\\

\\

\\

IT IS SO STIPULATED.

Dated: November 17, 2026

JODI LINKER
Federal Public Defender
/s/
Karthik Raju
Assistant Federal Public Defender

Dated: November 17, 2026

CRAIG MISSAKIAN
United States Attorney
/s/
Sara Henderson
Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court ORDERS that the sentencing hearing scheduled for December 3, 2026, at 2:00 p.m., be continued to December 17, 2026, at 2:00 p.m.

IT IS SO ORDERED.

DATED:11/19/2026

THE HONORABLE RITA F. LIN
United States District Judge